# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JEFFREY VINCE, Derivatively on Behalf of Nominal Defendant BIOVENTUS INC., <br><br> Plaintiff, <br><br> v. <br><br> KENNETH M. REALI, MARK L. SINGLETON, GREGORY O. ANGLUM, SUSAN M. STALNECKER, WILLIAM A. HAWKINS III, JOHN A. ARTHOLDSON, PATRICK J. BEYER, PHILLIP G. COWDY, MARY KAY LADONE, MICHELLE MCMURRY-HEATH, GUIDO J. NEELS, GUY P. NOHRA, DAVID J. PARKER, MARTIN P. SUTTER, and STAVROS G. VIZIRGIANAKIS, <br><br> Defendants, <br><br> and <br><br> BIOVENTUS INC., <br><br> Nominal Defendant. | Case No.: <br><br><br> **DECLARATION OF KURT F. HAUSLER IN SUPPORT OF PLAINTIFF'S MOTION TO SEAL PORTIONS OF THE VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT** |

I, Kurt F. Hausler, hereby declare as follows:

1. I am an attorney licensed in the State of North Carolina and admitted to practice in this Court. I, along with The Rosen Law Firm, P.A., am counsel for Plaintiff Jeffrey Vince ("Plaintiff"). I have knowledge of the matters stated herein and, should I be called upon, I could and would competently testify thereto.

1

2. I submit this declaration in support of Plaintiff's Motion to Seal Portions of the Verified Shareholder Derivative Complaint. Specifically, Plaintiff requests that the Court allow Plaintiff to file certain paragraphs (the "affected portions") of the Complaint under seal.

3. Attached hereto as Exhibit 1 is Plaintiff's Verified Shareholder Derivative Complaint in unredacted form. The affected portions of the document are identified by highlight pursuant to Civil Local Rule 5.4(c)(8).

4. The affected portions consist of the following paragraphs: 66-71, 76-78, 132, and 150.

5. Prior to filing this Complaint, Plaintiff made a demand for certain books and records of Bioventus Inc. ("Bioventus") pursuant to 8 *Del. C.* § 220.

6. Bioventus agreed to produce books and records (the "Section 220 Documents") provided that Plaintiff enter into a Confidentiality Agreement. The Confidentiality Agreement was executed on June 28, 2024 and stipulated that the Section 220 Documents produced pursuant to it were to remain confidential and that if Plaintiff filed an action, he would take steps to ensure that the confidential information be filed under seal.

7. The affected portions of the Complaint directly reference or quote the Section 220 Documents that were provided to Plaintiff pursuant to the Confidentiality Agreement. These documents include matters of corporate strategy, Board of Directors' meeting minutes and presentations as well as confidential reports from external consultants.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 31, 2024

*/s/ Kurt F. Hausler*
Kurt F. Hausler

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses of the parties registered to the Court's CM/ECF system.

*/s/ Kurt F. Hausler*
Kurt F. Hausler

4